

# NUMBER 13-25-00483-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE MARRIAGE OF
## MICHAEL WEIKMAN AND PREMLATA JOWATA WEIKMAN

## ON APPEAL FROM THE 347TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Silva**

Appellant Michael Lee Weikman attempted to appeal a final decree of divorce signed on September 25, 2025 in trial court cause number 2023-FAM-3053-H. Upon review of the documents before this Court, it appears there is no final decree of divorce nor other final, appealable order. On October 9, 2025, the Clerk of the Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not

corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice or otherwise cure this defect.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* R. 42.3(a). Accordingly, the appeal is dismissed for want of jurisdiction. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
11th day of December, 2025.

2